IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STEPHANIE BOLTON, as Mother and Next Friend of JDB, Jr. a Minor Child, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 114-166 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the Acting Commissioner's final decision and **REMANDS** this case to the Acting Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 13th day of August, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA